# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Alter Trading<br>1640 W. Buce Street<br>Milwaukee, WI 53204 | Gail.Elder@altertrading.com | Business Debt | | | | $167,426.50 |
| ARLEN<br>601 Canarctic Drive<br>North York, Ontario M3J 2P9 | zhenqianghuang@icloud.com | Business Debt | | | | $1,291,502.56 |
| ATLAS METALS LTD<br>110 RIDGETOP RD<br>Scraborough, On M1P 2J9 | atlasmetalsltd@gmail.com | Business Debt | | | | $506,514.79 |
| E&E Manufacturing Company<br>300/400 Industrial Drive<br>Plymouth, MI 48170 | bswanson@eemfg.com | Business Debt | | | | $398,866.00 |
| Emerald Transformer<br>1672 Highland Rd<br>Twinsburg, OH 44087 | mplank@emeraldtransformer.com | Business Debt | | | | $247,045.78 |
| Fisher Dynamics<br>33300 Fisher Drive<br>St. Clair Shores, MI 48082 | Reyna.Zapata@fisherco.com | Business Debt | | | | $555,448.42 |
| GM Pontiac Stamping<br>220 Montcalm<br>Pontiac, MI 48340 | dimitra.masterson@gm.com | Business Debt | | | | $255,338.01 |
| Labrador Recycling Inc.<br>115 Stevens St.<br>Springfield, MA 01104 | ap@labrecy.com | Business Debt | | | | $331,787.79 |

| Debtor | Rivore Metals, LLC | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Level One Bank 32991 Hamilton Court Farmington, MI 48334 | contact@levelonebank.com | Business Debt | | | | $948,194.83 |
| Lopez Scrap Metal Inc. 351 N. Nevarez Rd. El Paso, TX 79927 | diazeva@lopezscrapmetal.com | Business Debt | | | | $110,659.28 |
| Mercantile Bank of Michigan 310 Leonard St. NW, PO box 2208 Grand Rapids, MI 49501 | info@mercbank.com | Business Debt | | | | $459,769.79 |
| Midwest Iron & Metal Co PO box 546 Dayton, OH 45401 | contact@midwestiron.com | Business Debt | | | | $128,906.75 |
| Pacific Metal Master, LLC 10050 West Gulf Bank Rd, Site 210 Houston, TX 77040 | pacificmetalmaster@gmail.com | Business Debt | | | | $143,742.05 |
| Sikora 12850 Mount Elliott St. Hamtramck, MI 48212 | sikorametals@hotmail.com | Business Debt | | | | $80,212.63 |
| Solomon corporation -V 103 W. Main St Solomon, KS 67480 | spurohit@solomoncorp.com | Business Debt | | | | $288,225.38 |
| Stone Transport Limited Partnership Dept 999435 PO box 33745 Detroit, MI 48232 | mikes@stonetransport.com | Business Debt | | | | $153,529.21 |
| TCI Alabama 101 Parkway Wast Pell City, AL 35150 | gjackson@tcialabama.com | Business Debt | | | | $237,010.99 |
| Technical Logistics Corporation 28035 Beverly Rd. Romulus, MI 48174 | jmansfield@tlcwaste.com | Business Debt | | | | $93,284.09 |
| U.S. Small Business Administration 477 Michigan Avenue Detroit, MI 48226 | answerdesk@sba.gov | Business Debt | Contingent Unliquidated Disputed | | | $754,283.80 |

| Debtor | Rivore Metals, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Umetco Incorporated**<br>**8651 East 7 Mile Rd**<br>**Detroit, MI 48234** | mark@u-metco.com | **Business Debt** | | | | $109,112.69 |